MORRIS MARMOR, Appellant, *v.* LEO BERNSTEIN et al., Respondents.

Submitted October 6, 1939; decided October 20, 1939.

*Jacob Kram* for appellant.

*Albert M. Lee* and *J. George Levy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.